# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ROME DIVISION

| | |
|---|---|
| JESSIE DAKOTA ALLEN,<br><br>  Plaintiff,<br><br>v.<br><br>GNC HOLDINGS (DE), LLC,<br><br>  Defendant. | Civil Action No.<br><br>4:21-cv-00044-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jessie Dakota Allen and Defendant GNC Holdings (DE), LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees.

*[Signatures on following page.]*

1

Respectfully submitted this 20th day of July, 2021.

| | |
|---|---|
| **BARRETT & FARAHANY** | **COZEN O'CONNOR** |
| */s/ V. Severin Roberts* | */s/ Danielle C. Le Jeune* |
| V. Severin Roberts | Danielle C. Le Jeune |
| Georgia Bar No. 940504 | Georgia Bar No. 134222 |
| 1100 Peachtree Street, Suite 500 | 1230 Peachtree Street, N.E. |
| Atlanta, Georgia 30309 | The Promenade, Suite 400 |
| (404) 214-0120 | Atlanta, Georiga 30309 |
| severin@justiceatwork.com | (404) 572-2050 |
| | dlejeune@cozen.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ROME DIVISION

| | |
|---|---|
| JESSIE DAKOTA ALLEN,<br><br>　　Plaintiff,<br><br>v.<br><br>GNC HOLDINGS (DE), LLC,<br><br>　　Defendant. | Civil Action No.<br><br>4:21-cv-00044-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 20th day of July, 2021.

**BARRETT & FARAHANY**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3